```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION

CHARLES L. BIGHAM,

              Plaintiff,
v.                                    Case No. 8:15-cv-116-T-33TGW

OSG SHIP MANAGEMENT, INC.,
OSG ENTERPRISE, LLC,
OSG 214, LLC,

              Defendants.
_____/
```

### ORDER

This matter is before the Court pursuant to Plaintiff Charles Bigham's Unopposed Motion to Abate Case (Doc. # 4), which was filed on February 16, 2015. Plaintiff represents that the three Defendants in this action have filed for protection under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware.

Due to Defendants' bankruptcy filing and the operation of the automatic stay, this matter is stayed and administratively closed.

Accordingly, pursuant to 11 U.S.C. § 362(a), it is now **ORDERED, ADJUDGED,** and **DECREED:**

1. Charles Bigham's Unopposed Motion to Abate Case (Doc. # 4) is **GRANTED.**

2.  The Clerk is directed to **STAY** and **ADMINISTRATIVELY CLOSE** this case. No further action will be taken in this case until such time as the bankruptcy court lifts the stay or the stay lapses.

3.  The parties are directed to file a status report on May 18, 2015, and every 90 days thereafter.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 17th day of February, 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to: All Counsel and Parties of Record